UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 7, 2021

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HUMBERTO PIMENTEL CARANZA

Defendant.

Case No. 2:21-mj-00093-KJN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  HUMBERTO PIMENTEL

CARANZA Case No.  2:21-mj-00093-KJN  Charges 21 USC § 841(b)(1)(b)  from

custody for the following reasons:

            Release on Personal Recognizance

X    Bail Posted in the Sum of $ _____

X    Unsecured Appearance Bond $   50,000.00 co-signed by Crystal Gonzalez and Lucina Banelos

            Appearance Bond with 10% Deposit

            Appearance Bond with Surety as stated on the record in open court.

            Corporate Surety Bail Bond

X    (Other): Pretrial release conditions as stated on the record in open court. Defendant and co-signers of bond are to be in contact with Pretrial Services telephonically on 6/8/2021 at 9:00 AM.

Issued at Sacramento, California on at 2:00 PM on June 7, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE